# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

------------------------------x
:
JOSEPH & ANNA BURGESE,         :
:
Plaintiffs,       :    No.    1:13-cv-03341
:
v.                             :
:
STARWOOD HOTELS & RESORTS      :    JURY TRIAL DEMANDED
WORLDWIDE, INC.                :
:
2201 COLLINS FEE, LLC          :
:
JANE DOES 1-10                 :
:
Defendants.       :
:
------------------------------x

## NOTICE OF MOTION TO ADMIT PRO HAC VICE

TO:    Quinn M. McCusker, Esquire
       Attorney for Defendants

**TAKE NOTICE** that the undersigned will apply to the above-named Court, Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets Camden, NJ 08101 on Monday, August 19, 2013 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order to Admit Pro Hac Vice.

RELIANCE SHALL BE PLACED UPON THE ATACHED ATTORNEY CERTIFICATION.

Pursuant to Rule 7.1(b) and FRCP 78, the undersigned:

X-Waives oral argument and consents to disposition on the papers, unless timely opposition is filed and served upon the Movant.

A proposed form of Order is annexed.

Dated: August 2, 2013                    /s/ Lance Rogers_____
                                         Lance Rogers

Rogers & Associates, LLC
*Attorneys for Plaintiff*
25 Elliott Avenue
Bryn Mawr, PA  19010
Telephone:  (610) 649-1880
Fax:  (877) 649-1880
email:  lance@rogerscounsel.com