[Doc. No. 16]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOSEPH BURGESE and ANNA BURGESE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC., et al.,<br><br>　　　　　Defendants. | Civil No. 13-3341 (RMB/AMD) |

### ORDER

THIS MATTER having been brought before the Court by way of motion [Doc. Entry No. 16] of Lance Rogers, Esquire, of Rogers & Associates, LLC, counsel for plaintiffs, for an Order allowing Bruce L. Castor, Jr., Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to Local Civil Rule 101.1(c);

IT IS on this 21st day of August 2013,

**ORDERED** that the motion [Doc. Entry No. 16] for the admission of Bruce L. Castor, Jr., Esquire, as *pro hac vice* counsel shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that Bruce L. Castor, Jr., Esquire, a member of the Bar of the Commonwealth of Pennsylvania, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Civil Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Lance Rogers, Esquire, or another attorney associated with Rogers & Associates, LLC, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. C$_{\text{IV}}$. R. 101.1(c)(2), Bruce L. Castor, Jr., Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-10; and it is further

**ORDERED** that, pursuant to L. C$_{\text{IV}}$. R. 101.1(c)(3), Bruce L. Castor, Jr., Esquire, shall make a payment of $150.00,

payable to the Clerk, United States District Court; and it is further

**ORDERED** that Bruce L. Castor, Jr., Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(4), Bruce L. Castor, Jr., Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7.


                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Renée Marie Bumb